UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| **MICHAEL B. WILLIAMS, JR.,** | **2:23-CV-11230-TGB-CI** |
|---|---|
| Plaintiff, | |
| vs. | |
| **PATRICIA PENMAN,** *et al.*, | |
| Defendants. | |

## JUDGMENT

In accordance with the Opinion and Order entered on this date, it is **ORDERED AND ADJUDGED** that William's complaint is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  July 27, 2023.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE